UNITED STATES *v.* GONDRAND SHIPPING CO., INC.

**No. 6119.**—Invoices dated Budapest, Hungary, October 3, 1938, etc.
Certified October 3, 1938, etc.
Entered at New York, N. Y., October 24, 1938, etc.
Entry No. 9644, etc.

Third Division, Appellate Term

(Decided March 14, 1945)

*Paul P. Rao,* Assistant Attorney General (*Richard F. Weeks,* special attorney), for the appellant.
*Lamb & Lerch* for the appellee.

Before CLINE, KEEFE, and EKWALL, Judges; KEEFE, J., not participating

CLINE, Judge: This application for review, having been formally abandoned, is hereby dismissed.
Judgment will be rendered accordingly.